UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MICHELLE DAVIS

    Plaintiff,

V.                            CIVIL ACTION NO.
                                 1:15CV-4014-JFM

UNITED COLLECTION BUREAU, INC.

    Defendant.                 April 29, 2016

## NOTICE OF SETTLEMENT

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action have settled.

                                         THE PLAINTIFF

                                         BY/S/Bernard T. Kennedy
                                         Bernard T. Kennedy, Esquire
                                         The Kennedy Law Firm
                                         P.O. Box 673
                                         Blairsville, GA 30514
                                         Ph   (443) 607-8901
                                         Fax (443) 440-6372
                                         Fed. Bar # Md26843
                                         bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 4/29/16 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy